SLIP OPINION

Cite as 2014 Ark. 32

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS BOARD OF LAW EXAMINERS | **Opinion Delivered** January 23, 2014 |

**PER CURIAM**

Jeffrey Puryear of Jonesboro is appointed to the Board of Law Examiners for a six-year term concluding on January 23, 2020. Mr. Puryear will be a representative of the First Congressional District, and replaces Robert Stroud whose term has concluded.

Pamela Osment of Conway is appointed to the Board of Law Examiners for a six-year term concluding on January 23, 2020. Ms. Osment will be an at-large representative, and replaces Eugene Bramblett whose term has concluded.

The Court extends its sincere appreciation to Mr. Puryear and Ms. Osment for accepting appointment to this important Board. The Court also thanks Mr. Stroud and Mr. Bramblett for their service on this important Board.